# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| **Fortino Maldonado-Guillen,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:18-cv-00002-FDW |
| | ) | 5:14-cr-00072-RLV-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 6, 2018 Order.

March 6, 2018

*Frank G. John*

Frank G. Johns, Clerk
United States District Court